# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MARCELLUS H. ROBINSON, | ) | No. CV 12-91-SJO (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| T. GONZALEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that ground one of the petition is denied and dismissed without prejudice, and grounds two, three, and four of the petition are denied and dismissed with prejudice.

DATED: May 7, 2012

*S. James Otero*

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE